DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE FUENTES-FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:10-cr-00489-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JORGE FUENTES-FUENTES | ) | Date: February 17, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JORGE FUENTES-FUENTES, that the status conference hearing of January 27, 2011 be vacated, and the matter be set for status conference hearing on February 17, 2011 at 9:00 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution in this matter and for defense counsel to investigate the factual issues involved in the case. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1     IT IS STIPULATED that the period from the signing of this Order, up
2 to and including February 17, 2011 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.

Dated: January 19, 2011

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                  Federal Defender

                                  */s/ Douglas Beevers*
                                  _____
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JORGE FUENTES-FUENTES

Dated: January 19, 2011

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Michele Beckwith*
                                  _____
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** It is ordered that time from the date of this Order, up to and including, February 17, 2011 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE